ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendants Eldorado Resorts Corporation
and Dominic Taleghani*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANN HANIT HAREL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive;<br><br>　　　　　　　Defendants. | Case No.: 2:15-cv-01497-RFB-BNW<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 7-1 and LR IA 6-2, Plaintiff Ann Hanit Harel ("Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado") and Dominic Taleghani ("Taleghani") (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to reschedule the Settlement Conference in this matter, which is currently set for October 7, 2019, to October 18, 2019 (Plaintiff to arrive at 8:30 a.m.; Defendants to arrive at 9:00 a.m.). Further, the Confidential Settlement Conference Statement shall be submitted to Chambers, by no later than 4:00 p.m., on October 11, 2019.

This stipulation is not brought for the purposes of delay or any other improper purposes.

Dated this 30th day of September, 2019.

WATKINS & LETOFSKY, LLP

/s/     Joseph M. Ortuno
Daniel R. Watkins
Brian S. Letofsky
Joseph M. Ortuno
8215 South Eastern Avenue
Suite 265
Las Vegas, NV  89123
Telephone:  702.901.7553
*Attorneys for Plaintiff Ann Hanit Harel*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/     Jill Garcia
Anthony L. Martin
Jill Garcia
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV  89169
Telephone:  702.369.6800
*Attorneys for Defendants Eldorado Resorts and Dominic Taleghani*

**ORDER**

**IT IS SO ORDERED.**

BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

October 2, 2019

DATE

40159373.1

2