Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Joseph Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
400 S. Fourth Street, Suite 280
Las Vegas, NV 89101
Office: (702) 385-5191; Fax: (702) 385-7282

Attorneys for Plaintiff, HANIT HAREL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HANIT HAREL,<br><br>Plaintiff;<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALAGANI; AND DOES 1-50, inclusive;<br><br>Defendants. | Case No.: 2:15-cv-01497-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Hanit Harel and Defendant Eldorado Resorts Corporation, et al., by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party to bear their own fees and costs.

//

//

//

//

| Dated: December 13, 2019 | Dated: December 13, 2019 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Joseph M. Ortuno* | */s/ Jill Garcia* |
| Daniel R. Watkins, Esq.<br>Joseph M. Ortuno, Esq.<br>WATKINS & LETOFSKY, LLP | Anthony L. Martin, Esq.<br>Jill Garcia, Esq.<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |

## **ORDER**

**IT IS SO ORDERED**

that the above-captioned action, are hereby dismissed with prejudice in their entirety.
Each party to bear their own fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of December, 2019.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
-2-